JONATHAN B. PAUL (SBN 215884)
CHRISTOPHER L. JANOF (SBN 335242)
**RIVERA HEWITT PAUL LLP**
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
cjanof@rhplawyers.com
jpaul@rhplawyers.com

Attorneys for Defendant
COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HENAO, ANGELA HENAO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, JENNIFER RODRIGUEZ, SELEENA ULAHANNAN, [FNU] WILLIAMS, [FNU] NICKERSON, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00352-MCE-KJN<br><br>**STIPULATION and ORDER FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[E.D. Cal. L.R. 144(a)]** |

Plaintiffs, by and through their counsel Robert R. Powell, Esq., of Powell & Associates, and Samuel H. Park, Esq., Attorney at Law, and Defendant County of Sacramento, by and through counsel Jonathan B. Paul, Esq., and Christopher L. Janof, Esq., of the Rivera Hewitt Paul LLP, hereby stipulate pursuant to Local Rule of Court 144(a) to an extension of time in order to permit Defendant to file a responsive pleading to plaintiffs' Complaint for Violation of Civil Rights (ECF No. 1) filed on February 23, 2022, in accordance with the pleading requirements of the Federal Rules of Civil Procedure. The parties stipulate and have agreed to extend the responsive pleading deadline follows:

(1) Defendant County of Sacramento was served with this lawsuit on or about April 1, 2022.

(2) The undersigned defense counsel was contacted by the claims administrator for the County of Sacramento on May 9, 2022, regarding possible representation of Defendant. After conducting a conflict check, defense counsel accepted the assignment, but to date is still awaiting case-related materials from the Sacramento County Sheriff's Department and the Department of Child, Family and Adult Services. Additionally, defense counsel is attempting to confirm that the individually named defendants are employed by the County of Sacramento and will be inquiring of those individuals if the undersigned has their authority to accept service of process.

(3) Under these circumstances, the parties have agreed and hereby stipulate to extend the time for Defendants COUNTY OF SACRAMENTO, et al. to respond to the Complaint (ECF No. 1) from the original responsive pleading due date of April 22, 2022, to the agreed upon date of May 23, 2022.

IT IS SO STIPULATED.

DATED: May 13, 2022                          POWELL & ASSOCIATES

*/s/ Robert R. Powell*
(As Authorized on 5/13/2022)
_____
ROBERT R. POWELL
Attorneys for Plaintiffs

DATED: May 13, 2022                          ATTORNEY AT LAW

*/s/ Samuel H. Park*
(As Authorized on 5/13/2022)
_____
SAMUEL H. PARK
Attorneys for Plaintiffs

DATED: May 13, 2022                          RIVERA HEWITT PAUL LLP

*/s/ Jonathan B. Paul*
JONATHAN B. PAUL
CHRISTOPHER L. JANOF
Attorneys for Defendant
COUNTY OF SACRAMENTO

RIVERA HEWITT PAUL LLP
11341 Gold Express Drive, Suite 160
Gold River, CA 95670
(916) 922-1200

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO FILE RESPONSIVE
PLEADING

2

# **ORDER**

GOOD CAUSE having been shown, the foregoing stipulated request for an extension of time for Defendant COUNTY OF SACRAMENTO to file a responsive pleading to Plaintiffs' Complaint (ECF No. 1) is HEREBY GRANTED. Defendant COUNTY OF SACRAMENTO shall file and serve their responsive pleading to plaintiffs' Complaint no later than May 23, 2022.

IT IS SO ORDERED.

Dated: May 24, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE