UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HENAO, et al., | No. 2:22-cv-00352-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Presently before the Court is a Motion to Dismiss filed by Defendant Jennifer Rodriguez.  ECF No. 17.  Defendant contends that Plaintiff Angela Henao's claims must be dismissed because she did not disclose them in her bankruptcy proceedings and because she thus lacks standing to pursue these causes of action.  In opposition, Plaintiff concedes she lacks standing, although no attempt has been made to substitute the proper party in her place.  Accordingly, Defendant's Motion (ECF No. 17) is GRANTED with leave to amend.

///

///

///

///

///

Not later than twenty (20) days following the date this Memorandum and Order is electronically filed, Plaintiff may, but is not required to, file an amended complaint. If no amended complaint is timely filed, the causes of action dismissed by virtue of this Order will be deemed dismissed with prejudice upon no further notice to the parties.

IT IS SO ORDERED.

DATED: December 19, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE