ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: 408-553-0201 F: 408-553-0203
E: rpowell@rrpassociates.com

SAMUEL H. PARK (SBN: 261136)
**LAW OFFICE OF SAMUEL H. PARK, APC**
148 Pacific Ave., #2
Pacific Grove, CA 93950
T: 831-529-5955
E: sam@sampark.lawyer

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HENAO, et al., | Case No.: 2:22-CV-00352-MCE-KJN |
| Plaintiffs, | STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE - FRCP 41 |
| v. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Joseph Henao, and Michael C. Hopper, Trustee for the Cox-Henao Bankruptcy Estate (*In re Troy David Cox and Angela Henao*, Case # 21-21990, in the U.S. Bankruptcy Court for the Eastern District of California) and Defendants County of Sacramento, Seleena Ulahannan, Katherine Nickerson, Leona Williams, and Jennifer Rodriguez, by and through their respective counsel, hereby stipulate and agree as follows and ask the Court order same:

1

STIPULATION FOR DISMISSAL
Henao v. County of Sacramento, et al.
Case #2:22-CV-00352-MCE-KJN

1. All claims and causes of action asserted by Plaintiff in this action against Defendant County of Sacramento and Defendants Jennifer Rodriguez, Seleena Ulahannan, Leona Williams, and Katherine Nickerson, are hereby dismissed <u>with prejudice</u>.

2. All parties are to bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

| POWELL & ASSOCIATES | RIVERA, HEWITT & PAUL |
|---|---|
| __/S/ Robert R. Powell____ 11/6/23<br>ROBERT R. POWELL<br>Attorneys for Plaintiffs | __/S/ Wendy Motooka____ 11/9/23<br>WENDY MOTOOKA, SBN 233589<br>Attorney for County of Sacramento<br>& Defendants Jennifer Rodriguez,<br>Seleena Ulahannan, Leona Williams,<br>and Katherine Nickerson |
| __/S/ Van Longyear_____ 11/6/23<br>VAN LONGYEAR - Attorney for<br>Jennifer Rodriguez | |

### ORDER

Pursuant to the parties' stipulation, the Court hereby dismisses with prejudice all claims and causes of action asserted by Plaintiff in this action against Defendants County of Sacramento, Jennifer Rodriguez, Seleena Ulahannan, Leona Williams, and Katherine Nickerson. All parties to bear their own attorney fees and costs.

IT IS SO ORDERED.

Dated: November 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL
Henao v. County of Sacramento, et al.
Case #2:22-CV-00352-MCE-KJN